**2013–1943. Cannon v. Allen Cty. Common Pleas Court.**
In Prohibition. On motion to dismiss of Richard K. Warren. Motion granted. Cause dismissed.
O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2013–1948. Atakpu v. Montgomery Cty. Court of Common Pleas.**
In Prohibition. On motion to dismiss. Motion granted. Cause dismissed.
O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2013–1952. State ex rel. Wilson v. Fain.**
In Mandamus. On motion to dismiss of respondent. Motion granted. Cause dismissed.
O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2013–1978. State ex rel. Rose v. Ross Cty. Bd. of Health.**
In Mandamus. On motion to dismiss. Motion granted. Cause dismissed.
O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2013–2040. Brenneman Bros. v. Allen Cty. Commrs.**
Allen App. No. 1–13–14, 2013-Ohio-4635. On review of order certifying a conflict. The court determines that no conflict exists. Cause dismissed.
PFEIFER, O'DONNELL, LANZINGER, KENNEDY, and FRENCH, JJ., concur.
O'CONNOR, C.J., and O'NEILL, J., dissent.

# MOTION AND PROCEDURAL RULINGS

**2013–0903. Byrd v. Byrd.**
Franklin App. No. 13AP–109. On memorandum for objection and status of praecipe filed October 26, 2013, to have records transferred to the United States Supreme Court. Request denied.

**2013–1044. State v. Bode.**
Fairfield App. No. 12–CA–33, 2013-Ohio-2134. On motion to suspend execution of sentence. Motion denied.
O'NEILL, J., dissents.

**2013–1644. Hulsmeyer v. Hospice of Southwest Ohio, Inc.**
Hamilton App. No. C–120822, 2013-Ohio-4147. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the issue stated at page 16 of the court of appeals' entry filed September 25, 2013:
"Must an employee or another individual used by the person or government entity to perform any work or services make a report or indicate an intention to report suspected abuse or neglect of a nursing home resident to the Ohio Director of Health to state a claim for retaliation under R.C. 3721.24(A)?"
PFEIFER, J., dissents.
The conflict case is *Arsharn–Brenner v. Grande Point Health Care*, 8th Dist. Cuyahoga No. 74835, 2000 Ohio App. LEXIS 3164 (July 31, 2000).
Sua sponte, cause consolidated with 2013–1766, *Hulsmeyer v. Hospice of Southwest Ohio, Inc.*, 1st Dist. Hamilton No. C–120822, 2013-Ohio-4147.

**2013–1958. State v. Thomas.**
Allen App. No. 1–11–25, 2012-Ohio-5577. On motion for delayed appeal. Motion denied.
PFEIFER and O'NEILL, JJ., dissent.

**2013–1959. State v. Chamblin.**
Hamilton App. Nos. C–100170 and C–100177. On motion for delayed appeal. Motion denied.

**2013–1966. State v. Brown.**
Hardin App. No. 6–12–01, 2012-Ohio-3904. On motion for delayed appeal. Motion denied.

**2013–1992. State v. Harris.**
Lucas App. No. L–10–1171, 2011-Ohio-4863. On motion for delayed appeal. Motion denied.